IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CHRIS HACKBART and<br>LINDA BREESE,<br><br>　　　　　　Defendants. | 8:13CR312<br><br>ORDER |

This matter is before the court on the motion of the government for an extension of the discovery deadlines (Filing No. 15). The motion will be granted.

**IT IS ORDERED**:

1. The motion for an extension of time for discovery (Filing No. 15) is granted. The parties shall have **to on or before September 20, 2013**, in which to complete discovery and shall have **to on or before October 18, 2013**, in which to file pretrial motions in accordance with the progression order.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendants in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **from September 4 and 17, 2013, to September 20, 2013, and October 18, 2013, respectively**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

Dated this 6th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　 s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge