UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 15-2098
_____

United States of America

Plaintiff - Appellee

v.

Chris Hackbart

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00312-LSC-1)
_____

**JUDGMENT**

Before COLLOTON, GRUENDER and KELLY, Circuit Judges.

Appellant's Motion to proceed in forma pauperis is granted.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

July 20, 2015

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans