# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2098

United States of America

Appellee

v.

Chris Hackbart

Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:13-cr-00312-LSC-1)

_____

## MANDATE

In accordance with the judgment of 07/20/2015, and pursuant to the provisions of Federal

Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled

matter.

September 23, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit